UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---------------------------------------------------------------------------x

Nissim Dahan                                                                            Civil Action No:
                                                                                                    1:19-cv-23029

                                              Plaintiff,

     -v.-

Chase Bank (USA) N.A.,

                                               Defendants.
---------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

    Notice is hereby given that the parties have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 13th day of September, 2019

                                               */s/Justin Zeig*
                                               Justin Zeig, Esq.
                                               **Zeig Law Firm, LLC**
                                               3475 Sheridan Street, Suite 310
                                             Hollywood, FL 33021
                                             Ph: 754-217-3084
                                             justin@zeiglawfirm.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on September 13, 2019 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                */s/ Justin Zeig*
                                                Justin Zeig, Esq.