**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

NISSIM DAHAN,

    Plaintiff,

v.                                          Case No.: 1:19-cv-23029-KMW

CHASE BANK USA, N.A.,

    Defendant(s).

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Nissim Dahan ("Plaintiff") hereby dismisses the above-entitled action and all claims asserted in the action against defendant Chase Bank USA, N.A. ("Chase"), now known as JPMorgan Chase Bank, N.A., with prejudice. Plaintiff and Chase have further stipulated to each bear their own costs, including attorneys' fees, related to this action.

Dated: September 26, 2019        Respectfully submitted,

                                                  By:  /s/ Alisa M. Taormina
                                                         Brian C. Frontino, Esq.
                                                          Florida Bar No. 95200
                                                          Alisa M. Taormina, Esq.
                                                          Florida Bar No. 70848
                                                          STROOCK & STROOCK & LAVAN LLP
                                                          200 South Biscayne Boulevard, Suite 3100
                                                          Miami, Florida 33131
                                                          Telephone: (305) 358-9900
                                                          Facsimile: (305) 789-9302
                                                          bfrontino@stroock.com
                                                          ataormina@stroock.com
                                                          lacalendar@stroock.com

                                                          Attorneys for Defendant
                                                              *Chase Bank USA, N.A., now known as*
                                                              *JPMorgan Chase Bank, N.A.*

/s/ Justin Zeig (with permission)
Justin Zeig, Esq.
Florida Bar No. 112306
ZEIG LAW FIRM, LLC
3475 Sheridan Street, Ste 310
Hollywood, FL 33021
Telephone: (754) 217-3084
Facsimile: (954) 272-7807
justin@zeiglawfirm.com

Attorneys for Plaintiff
*Nissim Dahan*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 26, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

Justin Zeig, Esq.
ZEIG LAW FIRM, LLC
3475 Sheridan Street, Ste 310
Hollywood, FL  33021
Justin@zeiglawfirm.com

*Attorney for Plaintiff*

*/s/* Alisa M. Taormina
Alisa M. Taormina